IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 2:23-cv-00031

CHRISTINE HUTTEN                                  )
                                                  )
        Plaintiff(s),                             )
    v.                                            )
SPECIALIZED LOAN SERVICING, FAY SERVICING, and FEDERAL  )
HOME LOAN MORTGAGE CORPORATION (Freddie Mac)      )
                                                  )
        Defendant(s).                             )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, or Fed. R. Crim. P. 12.4 and Local Criminal Rule 12.3,

SPECIALIZED LOAN SERVICING LLC   who is   defendant          ,
(name of party/intervenor)                (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is the party/intervenor a publicly held corporation or other publicly held entity?

    YES  ◯              NO  ⦿

2. Does the party/intervenor have any parent corporations?

    YES  ◯              NO  ⦿

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:


3. Is 10% of more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

    YES  ⦿              NO  ◯

If yes, identify all such owners:

Computershare Limited

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal 12.3)?

   YES ☐    NO ☒

5. Is the party/intervenor a trade association?

   YES ☐    NO ☒

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:

7. In a case based on diversity jurisdiction, the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor:

| Name of individual/entity | State of citizenship |
|---|---|
| Christine Hutten | North Carolina |
| Specialized Loan Servicing LLC | Delaware and Colorado |
| Fay Servicing, LLC | Delware and Florida |
| The Federal Home Loan Mortgage Corporation | Virginia |

If there are additional individuals or entities who citizenship is attributed to the party/intervenor, please provide their names and states of citizenship on a separate piece of paper.

Signature: /s/ Hannah D. Kays

Date: April 28, 2023

2