IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Civil Action No. 2:23-cv-31

| | |
|---|---|
| CHRISTINE HUTTEN, | ) |
| Plaintiff, | ) |
| v. | ) **FAY SERVICING, LLC COMPANY** |
| SPECIALIZED LOAN SERVICING, FAY SERVICING, and FEDERAL HOME LOAN MORTGAGE CORPORATION (FREDDIE MAC), | ) **MEMBERSHIP DISCLOSURE** |
| Defendants. | ) |

NOW COMES Fay Servicing, LLC pursuant to the Order of the Court (ECF #49) and makes the following disclosure:

1. Fay Servicing, LLC is a Delaware limited liability company with its principal place of business in Tampa, Florida.

2. Fay Servicing, LLC is wholly owned by its sole member, Fay Management, LLC, a Delaware limited liability company, with its principal place of business in Tampa, Florida.

3. Fay Management, LLC is wholly owned by its sole member, Fay Financial, LLC, a Delaware limited liability company with its principal place of business in Tampa, Florida. Fay Financial, LLC is a manager - managed limited liability company whose sole manager is Ed Fay. Mr. Fay is a citizen and resident of Tampa, Florida. Therefore, the place where the company's high-level management directs, controls, and coordinates the limited liability company is Tampa, Florida.

4. Fay Financial, LLC has many individual members that are not managers, so they do not direct, control, or coordinate the activities of the limited liability company. These non-managerial members are individuals that are citizens and residents of the following states: California, Colorado, Connecticut, Florida, Illinois, Michigan, New Jersey, North Carolina, South Carolina, Texas, and Wisconsin.

1

This the 28th day of September 2023.

                        THE LAW OFFICE OF JOHN T. BENJAMIN, JR., P.A.

                        /s/ *John T. Benjamin, Jr.*
                        John T. Benjamin, Jr.
                        N.C. State Bar No.: 18673
                        benjamin@lawjtb.com

                        /s/ *William E. Hubbard*
                        William E. Hubbard
                        N.C. State Bar No.: 23605
                        hubbard@lawjtb.com
                        1115 Hillsborough Street
                        Raleigh, NC 27603
                        Telephone: (919) 755-0060
                        Facsimile: (919) 755-0069
                        *Attorneys for Defendant Fay Servicing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **Company Membership Disclosure** with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such to the following:

>Hannah D. Kays
>Nelson Mullins Riley & Scarborough LLP
>301 Hillsborough Street, Suite 1400
>Raleigh, NC 27603
>*Counsel for Defendant Specialized Loan Servicing, LLC*
>
>Claire Collins Dickerhoff
>Hutchens Law Firm
>4317 Ramsey Street
>Fayetteville, NC 28311
>*Counsel for Federal Home Loan Mortgage Corporation (Freddie Mac)*

And I hereby certify that I have mailed the foregoing to the following non-CM/ECF participant:

>Christine Hutten
>53828 NC Hwy 12
>P.O. Box 544
>Frisco, NC 27936
>*Pro Se Plaintiff*

This the 28th day of September 2023.

THE LAW OFFICE OF JOHN T. BENJAMIN, JR., P.A.

*/s/ William E. Hubbard*
William E. Hubbard
N.C. State Bar No.: 23605
hubbard@lawjtb.com
1115 Hillsborough Street
Raleigh, NC 27603
Telephone: (919) 755-0060
Facsimile: (919) 755-0069
*Attorney for Defendant Fay Servicing, LLC*

3