UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTINE HUTTEN )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>SPECIALIZED LOAN SERVICING, )<br>LLC, FAY SERVICING, and FEDERAL )<br>HOME LOAN MORTGAGE )<br>CORPORATION (Freddie Mac) )<br>        Defendants ) | **JUDGMENT**<br>2:23-CV-31-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered 10/17/23, and for the reasons set forth more specifically therein, that part of defendant SLS's motion to dismiss seeking dismissal of plaintiff's RESPA claim, motion DE 6 is GRANTED, and this claim is DISMISSED for failure to state a claim upon which relief may be granted. Defendants' motions in remaining part are TERMINATED AS MOOT, where lacking diversity jurisdiction the court declines to exercise supplemental jurisdiction over plaintiffs state law claims. Pro se plaintiff's motions are terminated as moot.

**This Judgment Filed and Entered on October 17, 2023, and Copies To:**
Christine Hutten (via U.S. Mail) 53828 NC Hwy 12, PO Box 544, Frisco, NC 27936
Hannah D. Kays (via CM/ECF Notice of Electronic Filing)
John T. Benjamin, Jr. / Williams E. Hubbard (via CM/ECF Notice of Electronic Filing)

October 17, 2023        PETER A. MOORE, JR., CLERK

                                      /s/ Sandra K. Collins
                                     (By) Sandra K. Collins, Deputy Clerk